IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 98-60007
Summary Calender

JOHNEIL WATKINS, JR.,

Plaintiff-Appellant,

versus

STEVE PUCKETT ET AL.,

Defendants-Appellees.

– – – – – – – – – –

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:97-CV-166-D-B

– – – – – – – – – –

April 5, 1999

Before EMILIO M. GARZA, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Johneil Watkins, Jr. seeks to proceed in forma pauperis (IFP) on appeal following the district court's denial of his IFP motion for failure to exhaust his administrative remedies. Watkins fails to address the reason for the district court's denial of the IFP motion.  See Brinkman v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987). Therefore, Watkins' motion to proceed IFP on appeal is DENIED, and his appeal is DISMISSED.

---

[*]   Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.